UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTT CARROLL BOLTON,<br><br>Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES, *et al.*,<br><br>Defendants. | Case No. C17-752-RAJ<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the Supplemental Report and Recommendation of Judge Donohue, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation, and the Supplemental Report and Recommendation, are approved and adopted.

(2) Plaintiff's complaint (Dkt. 5) and this action are DISMISSED with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) Plaintiff's pending motions (Dkts. 15, 26, 27, 28, 29, 32 and 33) are STRICKEN as moot.

(4) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 21st day of November, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2